**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02001-REB-MJW

TRANS LEASE, INC., d/b/a Trans Lease, Inc. of Colorado, d/b/a GEP Leasing, Inc.,

    Plaintiff,

v.

BRENT A. HAGENBUCH, a/k/a Brent Hagenbuch, a/k/a Brent Allison Hagenbuch,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#8] filed September 19, 2011. After careful review of the stipulation and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#8] filed September 19, 2011, is **GRANTED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 19, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge